IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

TERRY C. ALKIRE, SR.,
Attorney-in-Fact for
Helen Heatwole,
        Plaintiff,

vs.
                                        Civil Action No.   3:13-CV-8

RELIANCE STANDARD LIFE
INSURANCE COMPANY,
        Defendant.

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Comes now the plaintiff, Terry C. Alkire, Sr. ("Plaintiff"), the duly appointed and acting Attorney-in-Fact for Helen Heatwole, by counsel, Nelson M. Michael, David Collins, and Nelson M. Michael, L.C., pursuant to Rule 41(a) of the *Federal Rules of Civil Procedure*, to give notice that Plaintiff hereby DISMISSES this action WITHOUT PREJUDICE.

                                                   **TERRY C. ALKIRE, SR.**
                                                   **ATTORNEY-IN-FACT**
                                                   **FOR HELEN HEATWOLE**
                                                   **By Counsel**

NELSON M. MICHAEL, L.C.
By:   /s/ Nelson M. Michael
Nelson M. Michael (WVSB #2545)

and

   /s/ David Collins
David Collins (WVSB #11093)

Nelson M. Michael, L.C.
Post Office Box 59
126 East Street
Keyser, WV 26726
(304) 788-6503 (phone)
(301) 777-7957 (fax)

## CERTIFICATE OF SERVICE

     I, David R. Collins, a practicing attorney, do hereby certify that I served the foregoing **Motion to Dismiss** upon the defendant, Reliance Standard Life Insurance Company, by causing a true and accurate copy thereof to be mailed via United States mail, postage prepaid, in an envelope addressed as follows:

        **Reliance Standard Life Insurance Company**
        **c/o Charles T. Denaro**
        **2001 Market Street, Ste. 1500**
        **Philadelphia, PA 19103**

on this 11th day of March, 2013.

                                          /s/ David Collins_____
                                          DAVID COLLINS